IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Charles J. Yerick**<br><br>Debtor<br><br>**Charles J. Yerick**<br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **25-20676**<br><br>Chapter **13**<br><br>Related to Document No. |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Kenneth Steidl 34965**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Kenneth Steidl**
 Signature
**Kenneth Steidl 34965**
Typed Name
**436 Seventh Avenue**
**Suite 322**
**Pittsburgh, PA 15219**
Address
**412-391-8000 Fax:412-391-0221**
Phone No.
**34965 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

```
Magisterial District Judge 10-3-02
Judith Potoka Petrush
5919 Washington Ave
Export, PA 15632

Portfolio Recovery Associates, LLC
120 Corporate Boulevard
Norfolk, VA 23502

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Scott & Associates, P.C.
41 Byberry Rd. - Suite 9
Hatboro, PA 19040
```