IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Charles J. Yerick**<br><br>Debtor<br><br>**Charles J. Yerick**<br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **25-20676**<br><br>Chapter **13**<br><br><br><br>Related to Document No. 1 |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I,   **Kenneth Steidl 34965**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Kenneth Steidl**
Signature
**Kenneth Steidl 34965**
Typed Name
**436 Seventh Avenue**
**Suite 322**
**Pittsburgh, PA 15219**
Address
**412-391-8000 Fax:412-391-0221**
Phone No.
**34965 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 29 (07/13)**

AAFES
3911 Walton Walker
Dallas, TX 75266

AAFES
Attn: Bankruptcy
Po Box 650060
Dallas, TX 75265

American Honda Finance
Po Box 168128
Irving, TX 75016

American Honda Finance
Attn: Bankruptcy
Po Box 168088
Irving, TX 75016

Bank of America
Po Box 982238
El Paso, TX 79998

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

BBVA
Pnc Cb Investigations
Cleveland, OH 44101

BBVA
Attn: Bankruptcy
5 South 20th St
Birmingham, AL 35233

BBVA Compass
Pnc Cb Investigations
Cleveland, OH 44101

BBVA Compass
Attn: Bankruptcy
P.O. Box 10566
Birmingham, AL 35296

Chase Card Services
Po Box 15369
Wilmington, DE 19850

Chase Card Services
Po Box 15369
Wilmington, DE 19850

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

First National Bank
P.o. Box 3412
Omaha, NE 68197

First National Bank
Attn: Bankruptcy
P.O. Box 3128
Omaha, NE 68103

Macys/fdsb
Po Box 6789
Sioux Falls, SD 57117

Macys/fdsb
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Nordstrom FSB
13531 E. Caley Ave
Englewood, CO 80111

Nordstrom FSB
Attn: Bankruptcy
Po Box 6555
Englewood, CO 80155

Pnc Mortgage
Po Box 8703
Dayton, OH 45401

Pnc Mortgage
Attn: Bankruptcy
Po Box 8819
Dayton, OH 45401

Toyota Financial Services
Po Box 9786
Cedar Rapids, IA 52409